■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN DOYLE, Appellant.— In a *coram nobis* proceeding, defendant appeals from an order of the Supreme Court, Queens County, dated January 16, 1964, which denied without a hearing his application to vacate a judgment of conviction of said court rendered May 10, 1963 on his plea of guilty, convicting him of attempted assault in the second degree and imposing sentence. Defendant contends that his plea of guilty was induced by a promise, made to him by his assigned counsel, that he would receive a suspended sentence. Order affirmed. No opinion. Beldock, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN FOREMAN, Appellant.— Consolidated appeals by defendant: (1) from a judgment of the former County Court, Kings County, rendered December 1, 1961 on his prior plea of guilty to robbery in the second degree (unarmed), resentencing him as a first felony offender to serve a term of 7½ to 15 years in lieu of the original sentence of 9 to 18 years previously imposed upon him as a second felony offender on May 15, 1959; and (2) from an order of said former County Court, made November 8, 1962 in a *coram nobis* proceeding, which denied after a hearing his application to vacate the said judgment on resentence. Defendant's resentence on December 1, 1961 as a first felony offender was occasioned by this court's reversal of an earlier judgment, rendered June 24, 1948, convicting him of rape in the first degree (see 13 A D 2d 500, 12 A D 2d 489). Judgment on resentence and order denying *coram nobis* application affirmed. No opinion. Kleinfeld, Acting P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NATHANIEL HENDRY, Appellant.— In a *coram nobis* proceeding, defendant appeals from an order of the Supreme Court, Kings County, dated October 9, 1963 [misdescribed in the notice of appeal as made September 23, 1963], which denied without a hearing his application to vacate a judgment of the former County Court, Kings County, rendered January 12, 1960 after a jury trial, convicting him of robbery, grand larceny and assault (all in the first degree) and of assault in the second degree (three counts), and imposing sentence. The judgment of conviction was previously affirmed by this court (13 A D 2d 793). Order affirmed. No opinion. Beldock, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.